**Order entered March 25, 2013**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-09-00758-CR

**DONALD GENE BLANTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court
Kaufman County, Texas
Trial Court Cause No. 15189**

## ORDER

The State's March 22, 2013 Motion to Extend the Time for Filing the State's Brief and Permit Filing of Late Brief is **GRANTED**. The State's Brief, tendered to the Clerk on March 22, 2013, is **ORDERED** filed as of the date of this order.

/s/     DAVID LEWIS
          JUSTICE